# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| JACLYN VEHLEWALD, | ) | **CIVIL ACTION NO.** |
| | ) | **6:12-cv-03083-GRA** |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO DISMISS** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| DYNAMIC RECOVERY SOLUTIONS, LLC | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED this 2nd day of April, 2013.

For Plaintiff,

_____
Holly Dowd
Weisberg & Meyers, LLC

For Defendant,

_____
The Echols Firm, LLC

1

2

Filed electronically on this 2nd day of April, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 2nd day of April, 2013, to:

Mr. Chad Echols
The Echols Firm, LLC
115 Oakland Ave., Suite 102 (29730)
P.O. Box 12645
Rock Hill SC 29731

_____
Holly Dowd

2